IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | CASE NO.: CR-2024-00006-KD |
| NASHON JONES, ET AL | * | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

COMES NOW, the undersigned, as counsel for the Defendant and respectfully moves this Honorable Court to continue the Sentencing Hearing currently set for January 10, 2024. As grounds in support, the undersigned would show unto the Court as follows:

1. The undersigned is scheduled for a mandatory CLE, 2025 ACDLE Loosening the Death Belt, being held in Birmingham, Alabama from January 10, 2024 to January 11, 2024. The undersigned must attend same to remain certified to serve as counsel on capital cases.

2. The undersigned needs additional time to prepare objections to the PSI and travel to prepare his client for the Sentencing Hearing.

3. The undersigned has spoken to the AUSA and there is no objection to this continuance.

WHEREFORE, premises considered, the undersigned respectfully moves this Honorable Court to continue this matter for a period of thirty days (30) from January 10, 2024, premises considered.

Respectfully submitted,

/s/ S. Joshua Briskman

                                                        S. JOSHUA BRISKMAN (BRISS5912)
                                                        Attorney for Defendant

OF COUNSEL:

BRISKMAN LAW FIRM, LLC
150 Government Street, Suite 1004
Mobile, Alabama 36602
T: 251-486-1298
jbriskman@briskmanlawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this the 16th day of December 2024 electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification to all parties to this proceeding.

                                                */s/ S. Joshua Briskman*
                                                S. JOSHUA BRISKMAN