IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 24-00006-KD-B |
| | ) | |
| NASHON TERRAL ITEZ JONES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This action is before the Court on the "Revised Motion for Parole Consideration and Reconsideration of Revocation" filed by Eli Vick of Erech Consulting on behalf of defendant Nashon Terral Itez Jones (doc. 207).

I. Background

Jones was indicted for the offense of possession of a firearm by a prohibited person (felon). Prior to his indictment, Jones worked as a performing artist (rapper). He was sentenced to a term of imprisonment of thirty months with credit for time served since his arrest on related state charges. A three-year term of supervision following release was imposed. Jones began supervision on March 13, 2026. He is supervised by the United States Probation Office in the Southern District of Texas.

II. Analysis

An overall reading of the motion indicates that Jones may have engaged in conduct which potentially could be viewed as violating the conditions of his supervised release. Vick asks this Court to excuse the conduct because "what appeared to be firearms in [Jones] videos (e.g., "Dead People") was a performance of a fictional character" and "these items were non-functional props … essential to the commercial viability of the 'gangsta rap' genre." (doc. 207, p. 1-2).

Vick also asks the Court to release Jones from supervision. In support, Vick states that Jones has "maintained a consistent and successful career as a professional recording artist" and that he has worked with the Boys and Girls Club to deter youth from criminal activity. Vick also states

that Jones' release is supported by "his community" and by Jones' management team and family, and that Jones is committed to rehabilitation. Vick explains that Jones' management team hired third-party security to "avoid direct contact with firearms" (Id.).

First, Vick identifies as "Erech Consulting" (doc. 207). Vick does not identify as an attorney. Instead, Vick appears to be a consultant. As a non-attorney, Vick cannot represent Jones, i.e., file motions on his behalf, in federal court. Class v. U.S. Bank National Assn., 734 Fed. Appx. 634, 636 (11th Cir. 2018). Only a licensed attorney may represent a party, or the party may represent themselves pro se. See 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein.").

Second, even if Vick was a licensed-attorney, pursuant to federal law, the district courts cannot consider early termination of supervision until "after the expiration of one year of supervised release." 18 U.S.C. § 3583(e). Jones has served approximately one month.

III. Conclusion

Accordingly, for the reasons set forth, the motion is STRICKEN.

**DONE** and **ORDERED** this 27th day of April 2026.

<div style="margin-left:40%">

**s / Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

</div>